Dismissed and Memorandum Opinion filed March 18, 2004









Dismissed and Memorandum Opinion filed March 18, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01451-CV

____________

 

SHANELL RAESHUN CLOUD,
Appellant

 

V.

 

FAMILY TO FAMILY ADOPTIONS, INC., Appellee

 



 

On Appeal from the 328th District
Court

Fort Bend County,
Texas

Trial Court Cause No.
03-CV-130493

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed November 21,
2003.  The clerk=s record was filed on December 15,
2003.  The reporter=s record was filed on December 29,
2003.  No brief was filed.

On February 12, 2004, this Court issued an order stating that
unless appellant submitted her brief, together with a motion reasonably
explaining why the brief was late, on or before February 27, 2004 , the Court
would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 18, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.